IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **13-cr-47-JLK**

**UNITED STATES OF AMERICA,**

          Plaintiff,

v.

**1.	KEATON C. BELL,**

          Defendant.

### MINUTE ORDER

Judge John L. Kane **ORDERS**

The Change of Plea Hearing set for April 11, 2013 **is VACATED AND RESET for April 23, 2013 at 2:00 p.m.** with all parties appearing by video-conference from **GRAND JUNCTION**, Colorado.  Counsel shall submit the Statement in Advance of Change of Plea and Plea Agreement to Judge Kane's Chambers Kane_Chambers@cod.uscourts.gov  and to the Probation Department no later than noon on April 19, 2013.  The original and one copy of these documents should be delivered to the courtroom deputy at the time of the hearing.

Dated:  March 19, 2013